**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

09-12297/0200508521

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Henry M. Gallardo and Annette M. Gallardo<br>    Debtors.<br>―――――――――――――――――――――<br>Wells Fargo Bank, N.A.<br><br>        Movant,<br>    vs.<br><br>Henry M. Gallardo and Annette M. Gallardo, Debtors; Dianne C. Kerns, Trustee.<br><br>        Respondents. | No. 4:09-bk-08977-JMM<br><br>Chapter 13<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #22<br><br>September 8, 2009 at 11:00 a.m. |

NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by Wells Fargo Bank, N.A., Movant, has been set for September 8, 2009 at 11:00 a.m. to be held at the U.S. Bankruptcy Court located at 38 S. Scott Ave., Tucson, AZ, 4th floor, in Video Courtroom #206

Dated this 13th day of August, 2009.

By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

COPY of the foregoing mailed
This 13th day of August, 2009 to:

Henry M. Gallardo and Annette M. Gallardo
6490 E. Cyclone Dr.
Tucson, AZ  85730
Debtor

Ronald Ryan
1413 E. Hedrick Drive
Tucson, AZ  85719-2633
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ 85741
Trustee


By: <u> April Crane</u>